**Steven Karl Edward BRADFORD, Plaintiff–Appellant,**

v.

**Jason CLEM, Dr., Medical Director; Carl Oltman, Physician's Assistant, Defendants–Appellees.**

**No. 14–6860.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 24, 2014.

Steven Karl Edward Bradford, Appellant Pro Se. Gina Marie Smith, Meyers, Rodbell & Rosenbaum, PA, Riverdale, Maryland, for Appellees.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Karl Edward Bradford appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Bradford v. Clem,* No. 1:13–cv–02506–WDQ, 2014 WL 2186541 (D.Md. May 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*